UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

GREGORY GORECKI,
*individually, and on behalf of all others similarly situated*,

      Plaintiff,

v.                                              CASE NO: 8:21-cv-1023-MSS-JSS

GRAND DESIGN RV, LLC,

      Defendant.
_____/

## JOINT NOTICE OF SETTLEMENT IN PRINCIPLE

Plaintiff, GREGORY GORECKI ("Plaintiff"), and Defendant GRAND DESIGN RV, LLC ("Defendant")(Plaintiff and Defendant are jointly referred to as the "Parties"), by and through undersigned counsel, hereby inform the Court that they have reached a settlement in principle resolving all issues between them in this matter. The parties submit the following:

1. The Parties have reached a settlement in principle of all claims in this action.

2. The Parties will stipulate to dismissal of all claims with prejudice, and respectfully request that the Court enter an order closing the case and giving the parties 60 days to file a dismissal.

3. The Parties further request that the Court terminate all other case

deadlines pending final dismissal.

Respectfully submitted this 18th day of November, 2021.

| **VARNELL & WARWICK, P.A.**<br><br>/s/ Brian W. Warwick<br><br>Brian W. Warwick; FBN: 0605573<br>Janet R. Varnell; FBN: 0071072<br>Matthew T. Peterson, FBN: 1020720<br>Erika Willis, FBN: 100021<br>1101 E. Cumberland Ave.<br>Suite 201H, #105<br>Tampa, Florida 33602<br>Telephone: (352) 753-8600<br>Facsimile: (352) 504-3301<br>jvarnell@varnellandwarwick.com<br>bwarwick@varnellandwarwick.com<br>mpeterson@varnellandwarwick.com<br>ewillis@varnellandwarwick.com<br>kstroly@varnellandwarwick.com<br><br>William H. Anderson<br>(Admitted *pro hac vice*)<br>wanderson@hfajustice.com<br>**HANDLEY FARAH & ANDERSON PLLC**<br>4730 Table Mesa Drive, Suite G-200<br>Boulder, CO 80305<br>Telephone: (303) 800-9109<br>Facsimile: (844) 300-1952<br><br>Stephen Pearson<br>(Admitted *pro hac vice*)<br>spearson@hfajustice.com<br>**HANDLEY FARAH & ANDERSON PLLC**<br>200 Massachusetts Avenue, NW<br>Seventh Floor | **RUMBERGER, KIRK & CALDWELL, P.A.**<br><br>/s/ Samantha C. Duke<br>CHARLES P. MITCHELL;<br>FBN: 0818240<br>STEVEN I. KLEIN, FBN: 0675245<br>SAMANTHA C. DUKE, FBN: 91403<br>Post Office Box 1873<br>Orlando, FL 32802-1873<br>Tel: (407) 8 72-7300<br>cmitchell@rumberger.com<br>docketingorlando@rumberger.com<br>sklein@rumberger.com<br>sduke@rumberger.com<br><br>**Counsel for Defendant Grand Design RV, LLC** |

Washington, DC 20001
Telephone: (202) 921-4567
Facsimile: (844) 300-1952

CHRISTOPHER J. BROCHU
FL BAR NO.: 1013897
Law Office of Christopher J. Brochu, PLLC
ONE CALL TOWER
841 Prudential Drive, Suite 1200
Jacksonville, Florida 32207
904-201-1771 (telephone)
C.BROCHU@BROCHULAW.COM

*__Attorneys for Plaintiff Gregory Gorecki, and on behalf of all others similarly situated__*